UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-cv-00164-FDW

| | |
|---|---|
| RICKY HOBART PARSONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FNU BEAVER, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The North Carolina Attorney General's Office, having moved to have the Waivers of Service of Summons for Defendants Ken Beaver, Eric Dye, Leigh Hensley, Christopher Murray, and Perry Padgett ("Defendants"), deemed timely filed [Doc. 12], and good cause appearing therefore,

**IT IS, THEFORE, ORDERED** that the Motion to Deem Waiver of Service of Summons Timely Filed [Doc. 12] is **GRANTED** and the Waivers of Service of Summons for Defendants Beaver, Dye, Hensley, Murray, and Padgett are deemed timely filed as of the date of this Order.

Signed: August 19, 2019

Frank D. Whitney
Chief United States District Judge