# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Ricky Hobart Parsons**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:18-cv-00164-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Ken Beaver, et al | ) | |
| | | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order entered on 1/7/2021.

January 8, 2021

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court